1
2
3
4
5
6
7

WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A.*
*as Trustee for the Certificateholders of Banc*
*of America Funding Corporation, Mortgage*
*Pass-Through Certificates, Series 2005-B*

8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11
12
13
14

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF
BANC OF AMERICA FUNDING
CORPORATION, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2005-B,

Case No.:  2:20-cv-01277-GMN-VCF

15
16

Plaintiff,

vs.

**STIPULATION AND ORDER TO**
**EXTEND MOTION REPLY DEADLINE**

**[FIRST REQUEST]**

17
18
19

SFR INVESTMENTS POOL 1, LLC,

Defendants.

20
21     IT IS HEREBY STIPULATED between Plaintiff, Wells Fargo Bank, N.A. as Trustee for

22   the Certificateholders of Banc of America Funding Corporation, Mortgage Pass-Through

23   Certificates, Series 2005-B ("Wells Fargo"), by and through its attorneys of record, Robert A.

24   Riether, Esq. of the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC

25   ("SFR") (collectively the "Parties"), by and through their attorneys of record, Karen L. Hanks,

26   Esq. and Chantel M. Schimming, Esq., of Hanks Law Group, hereby stipulate and agree as

27   follows:

28

1.  Wells Fargo filed its Motion for Relief from Judgment and for Indicative Ruling Pursuant to Fed.R.Civ.P.60(b) and 62.1 ("Motion"), on September 2, 2022 [ECF 26];

2.  SFR filed its Response to Wells Fargo's Motion on September 16, 2022 [ECF 27];

3.  The deadline for Well Faro to file its Reply to the Motion is September 23, 2022;

4.  Due to certain vacation schedules and scheduling conflicts of counsel, the parties agree to extend the deadline for Wells Fargo to file the Reply until October 5, 2022;

5.  This is the Parties' first request for an extension of Wells Fargo's deadline to file the Reply, and it is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 21st day of September, 2022.

| **WRIGHT, FINLAY & ZAK, LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Robert A. Riether* | */s/ Karen L. Hanks* |
| Robert A. Riether, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No. 9578 |
| 7785 W. Sahara Ave, Suite 200 | Chantel M. Schimming, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 8886 |
| *Attorney for Plaintiff, Wells Fargo Bank, N.A.* | 7625 Dean Martin Dr., Ste. 110 |
| *as Trustee for the Certificateholders of Banc* | Las Vegas, NV 89139 |
| *of America Funding Corporation, Mortgage* | *Attorney for Defendant, SFR Investments* |
| *Pass-Through Certificates, Series 2005-B* | *Pool 1, LLC* |

**IT IS SO ORDERED.**

Dated this  23  day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT