# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WELLS FARGO BANK, N.A.,

     Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

     Defendant(s).

Case No. 2:20-cv-01277-GMN-NJK

**Order**

[Docket No. 38]

Pending before the Court is a proposed discovery plan.  Docket No. 38.[1]  The discovery plan indicates that the parties have agreed to a settlement conference and intend on seeking a related stay of discovery.  *See id.* at 3-4.  Concurrently herewith, the Court is setting a settlement conference.  Moreover, the Court will allow a short stay of discovery pending that settlement conference, except that the parties must exchange initial disclosures by July 26, 2024.  In accordance with the above, the discovery plan is **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The undersigned was assigned to this case on July 18, 2024.  *See* Docket No. 40.