# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br>     Plaintiff(s), <br> v. <br> SFR INVESTMENTS POOL 1, LLC, <br>     Defendant(s). | Case No. 2:20-cv-01277-GMN-NJK <br><br> **Order** <br> [Docket Nos. 41, 44] |

Pending before the Court is a stipulation to stay discovery and have a settlement conference, Docket No. 41, which is **DENIED** as moot in light of the orders to the same effect, Docket Nos. 42-43.

Also pending before the Court is a stipulation to continue the settlement conference, Docket No. 44, which is **GRANTED**. The Court is unavailable on the date most preferred by the parties, so the settlement conference is instead **CONTINUED** to 10:00 a.m. on September 13, 2024. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on September 6, 2024. All other requirements in the prior order (Docket No. 43) continue to govern.

IT IS SO ORDERED.

Dated: July 23, 2024

                                                          Nancy J. Koppe <br>
                                                          United States Magistrate Judge