# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SFR INVESTMENT POOL 1, LLC,<br><br>    Defendants. | Case No. 2:20-cv-01277-GMN-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is hereby **ADVANCED** to 10:00 a.m. on September 4, 2024. Evaluation statements that comply with the Court's prior order (Docket No. 43) must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 28, 2024.

IT IS SO ORDERED.

Dated: August 5, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge