**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A.,

     Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

     Defendant(s).

Case No. 2:20-cv-01277-GMN-NJK

**Order**

     On October 2, 2024, the Court held a settlement conference.  Docket No. 49.  The Court now **LIFTS** the stay and the parties must file a joint discovery plan by October 16, 2024.  In addition, the undersigned **RECUSES** herself in this action.  This action is referred to the Clerk for random reassignment of this case for all further proceedings.

     IT IS SO ORDERED.

     Dated: October 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1