AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wells Fargo Bank, N.A.,

                Plaintiff,

    v.

SFR Investments Pool 1, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01277-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

FINAL JUDGMENT entered in favor of Plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Bank of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2005-B, declaring that Defendant SFR Investments Pool 1, LLC purchased the property at 5437 Dianthus Court, North Las Vegas, Nevada, 89031 subject to the deed of trust recorded in the Clark County records on 02/08/2005 as Document Number 20050208-0002681.

01/14/2026
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk